UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES WING,

    Plaintiff,

v.                                    Case No.  6:13-cv-429-ORL-19TBS

BONIFACE CHRYSLER DODGE, INC.,

    Defendant.
_____/

## ORDER

Defendant removed this action from the Circuit Court in and for Brevard County, Florida to this Court on March 18, 2013.  (Doc. 1).  Pending on the date of removal was Defendant's Motion for Extension of Time and/or Motion for Protective Order (Doc. 4).  The motion asked the state court to stay Defendant's obligation to answer interrogatories propounded by Plaintiff on the grounds that the interrogatories concern possible violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and Plaintiff had not alleged a violation of the FLSA; and because Defendant believed the interrogatories would be moot once the state court heard Defendant's motion to dismiss.  (Doc. 4).  At the hearing on the motion to dismiss, Plaintiff made an ore tenus motion to amend which the state court granted.  (Doc. 1).  Plaintiff's amended complaint includes counts for failure to pay minimum wage and retaliation under the FLSA.  (Doc. 2).  Based upon this amendment, Defendant removed the action to this Court.  (Doc. 1).  Accordingly, Defendant's Motion for Extension of Time and/or Motion for Protective Order (Doc. 4), is DENIED as moot.

    IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on March 26, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel