UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES WING,

    Plaintiff,

v.                                                  Case No.  6:13-cv-429-ORL-19TBS

BONIFACE CHRYSLER DODGE, INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is The Defendant's Unopposed Motion for Relief from June 7, 2013 Scheduling Order and Motion to Lift Stay to Allow the Parties to Commence Discovery Prior to September 6, 2013.  (Doc. 20.)

The motion is deficient because it does not contain the certificate required by Local Rule 3.01(g).  But, it is titled "Unopposed."  The Court will accept the motion however, counsel are admonished that going forward, the failure to strictly comply with Local Rule 3.01(g) will result in motions being denied.

Now, Plaintiff having dismissed the count in his complaint alleging a failure to pay minimum wage in violation of the Fair Labor Standards Act ("FLSA"), the motion is GRANTED as follows:

    (1) the stay is lifted;

    (2) the parties are excused from answering the Court's FLSA interrogatories;

    (3) the parties shall submit their case management report within 21 days from the rendition of this Order; and

    (4) the parties may commence discovery.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 16, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel